JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   KARL L. H. [1], an Individual,          Case No.: 2:19-04988 ADS

12              Plaintiff,

13              v.

14   ANDREW M. SAUL, Commissioner of          JUDGMENT OF DISMISSAL
     Social Security,

15
                Defendant.
16

17

18

19

20

21

22

23   ─────────────────────
     [1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil
24   Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
     Administration and Case Management of the Judicial Conference of the United States.

In accordance with the Memorandum Opinion and Order, Dkt. No. 21, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.


DATE: September 23, 2020


_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge